# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE:  Jose Enrique SANDOVAL-Medrano

I, Mark A. Kwitowski, declare and state as follows:

On or about October 04, 2020 the defendant Jose Enrique SANDOVAL-Medrano was apprehended near Laredo, Texas. After a brief interview it was determined that, Jose Enrique SANDOVAL-Medrano was an /undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Enrique SANDOVAL-Medrano was previously REMOVED from the United States on 03/17/2020 at El Paso,Tx. There is no record that Jose Enrique SANDOVAL-Medrano has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of October, 2020, at Laredo, Texas.

Mark A. Kwitowski
Border Patrol Agent
United States Border Patrol